UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEJANDRO NAVA

       Plaintiff,

    v.

P.W. STEPHENS, INC., et al.,

       Defendants.
_____/

No. C 07-05576 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference scheduled for February 12, 2008 at 3:00 p.m. has been **reset to 10:00 a.m.** A joint case management statement shall be filed no later than February 5, 2008.

Dated: January 22, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy