1  JAMES DAL BON
   CA BAR #157942
   LAW OFFICES OF JAMES DAL BON
2  28 NORTH FIRST STREET SUITE 210
   SAN JOSE, CA 95113
3  (408)297-4729

4  ATTORNEY FOR PLAINTIFF

5

6              UNITED STATES DISTRICT COURT

7                      FOR THE

8            NORTHERN DISTRICT OF CALIFORNIA

9
                              CASE NO:  C07-05576 EDL
10  ALEJANDRO NAVA
                              STIPULATION TO CONTINUE CASE
11         PLAINTIFF,         MANAGEMENT CONFERENCE

12    VS.

13  P.W. STEPHENS INC. DOES 1-10

14         DEFENDANTS

15      This is a simple wage and hour case.  Plaintiff claims he was not paid overtime.
16  Defendants deny they owe any overtime.

17      Defendant was served sometime in November of 2007.   Last week the president of the
18  Defendant contacted Plaintiff's counsel to engage in settlement discussions.   Defendant only
19  answered the complaint yesterday.  Defendant employed their attorney recently, and he needs
20  more time to evaluate the claims.

21      Defendant and Plaintiff request a continuance to February 26, 2008 so that settlement
22  negotiations can continue and Defendant's attorney can have more time to evaluate the case.

23

24

25

1 | February 7, 2008

4 | _____s/jdb_____

5 | James Dal Bon for Plaintiffs

8 | February 7, 2008

11 | _____s/jjt_____

12 | Joel Thomas

13 | Attorney for Defendant

1  It is so ordered:
2
3
4
5
6  Dated:
7
8
9  _____
10 Honorable United States
11 District Court Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25