1  JAMES DAL BON
   CA BAR #157942
   LAW OFFICES OF JAMES DAL BON
2  28 NORTH FIRST STREET SUITE 210
   SAN JOSE, CA 95113
3  (408)297-4729

4  ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALEJANDRO NAVA

      PLAINTIFF,

  VS.

P.W. STEPHENS INC. DOES 1-10

      DEFENDANTS

CASE NO:  C07-05576 EDL

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
 AS MODIFIED

    This is a simple wage and hour case.  Plaintiff claims he was not paid overtime. Defendants deny they owe any overtime.

    Defendant was served sometime in November of 2007.   Last week the president of the Defendant contacted Plaintiff's counsel to engage in settlement discussions.   Defendant only answered the complaint yesterday.  Defendant employed their attorney recently, and he needs more time to evaluate the claims.

    Defendant and Plaintiff request a continuance to February 26, 2008 so that settlement negotiations can continue and Defendant's attorney can have more time to evaluate the case.

1  February 7, 2008

2

3

4  _____s/jdb_____

5  James Dal Bon for Plaintiffs

6

7

8  February 7, 2008

9

10

11  _____s/jjt_____

12  Joel Thomas

13  Attorney for Defendant

The Initial Case Management Conference is continued to February 26, 2008 at 10:00am. A joint case management statement shall be filed no later than February 19, 2008.

It is so ordered:

Dated: February 8, 2008



Elizabeth D. Laporte
Honorable United States Magistrate Judge
~~District Court Judge~~