**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEJANDRO NAVA,

    Plaintiff,

    v.

P.W. STEPHENS, INC., et al.,

    Defendants.
_____/

No. C 07-05576 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference currently scheduled for 10:00 a.m. on February 26, 2008, has been **reset to 3:00 p.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. A joint case management statement shall be filed no later than February 19, 2008.

Dated: February 19, 2008

                                  FOR THE COURT,
                                  Richard W. Wieking, Clerk

by: _____
        Lili M. Harrell
        Courtroom Deputy