LAW OFFICE OF JOEL J. THOMAS
Joel J. Thomas, Esq. ( Calif. SBN 195034)
46 Windjammer Court
Long Beach, CA 90803
(562) 430-3848

Attorney for Defendant,
P.W. Stephens, Inc.

# United States District Court

## For the Northern District of California

### San Jose Division

| | |
|---|---|
| P. W. STEPHENS, INC. | Case No.: C07-05576 EDL |
| Plaintiff, | |
| vs. | **JOINT CASE MANAGEMENT STATEMENT** |
| ALEJANDRO NAVA | |
| Defendant, | |

CASE STATUS

The parties have reached a settlement agreement and expect it to be executed and completed by February 22, 2008.  Once the settlement agreement is executed, Plaintiff will file their dismissal of their complaint with prejudice prior to the Case Management Conference on February 26, 2008.

February 19, 2008

_____/s/JDB_____

James Dal Bon Attorney for Plaintiff


_____/s/JJT_____

Joel J. Thomas Attorney for Defendant

Page 1