JAMES DAL BON
CA BAR #157942
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST SUITE 210
SAN JOSE, CA 95113
TEL (408)297-4729
FAX (408)297-4728

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Alejandro Nava<br><br>Plaintiffs,<br><br>vs.<br><br>P.W. Stephens Inc., and Does One through Ten<br><br>Defendants, | Case No: C07-05576 EDL<br><br>VOLUNTARY DISMISSAL RULE OF FEDERAL CIVIL PROCEDURE 41(a)(1)(ii) |

1)   The parties having entered into a settlement agreement on February 2008, hereby stipulated to dismiss their case under Federal Rule of Civil Procedure 41(a)(1)(ii).

with prejudice.

Voluntary Dismissal - 1

1  Dated: 2/25/08

3

4  _____

5  James Dal Bon for the Plaintiff

6  Law Offices of James Dal Bon

9  Dated: 2/25/08

13  _____/s/JJT_____

14  Law Office of Joel J. Thomas for Defendant P.W. Stephens, Inc.
    Joel J. Thomas